IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLEN PARHAM, | MOTION TO VACATE |
| | 28 U.S.C. § 2255 |
| Movant, | |
| | CRIMINAL ACTION NO. |
| v. | 1:14-CR-0106-03-SCJ-LTW |
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. |
| Respondent. | 1:17-CV-2803-SCJ-LTW |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. No. 221], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that Allen Parham's § 2255 motion [Doc. No. 198] and a certificate of appealability are **DENIED** and civil action number 1:17-CV-2803-SCJ-LTW is **DISMISSED**.

**IT IS SO ORDERED**, this 26th day of April, 2019.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE